

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-25-00066-CV

———————————————

LASAE SPRAGGINS, Appellant

V.

THE HENDERSON TENANT LP, Appellee

---

On Appeal from County Court at Law No. 1
Tarrant County, Texas
Trial Court No. 2024-008839-1

---

Before Sudderth, C.J.; Kerr and Birdwell, JJ.
Memorandum Opinion by Chief Justice Sudderth

## MEMORANDUM OPINION

The county court at law entered a forcible detainer judgment against Appellant Lasae Spraggins, but within ten days, it vacated that judgment. Spraggins, however, subsequently filed this appeal.

As there was no longer a judgment for Spraggins to challenge, we notified her that her appeal appeared moot. *See Heckman v. Williamson Cnty.*, 369 S.W.3d 137, 162 (Tex. 2012) (explaining that a case becomes moot if "the issues presented are no longer 'live'" such that "the court's action on the merits cannot affect the parties' rights or interests"). We asked Spraggins to state grounds for continuing her appeal if she desired to do so, warning that it would be dismissed otherwise. *See* Tex. R. App. P. 44.3. Spraggins responded by detailing her complaints regarding the now-vacated judgment; she did not identify a live controversy, nor did she enunciate other grounds for continuing the appeal.

Because this appeal is moot, we dismiss it for want of jurisdiction. *See* Tex. R. App. P. 42.3(a), 43.2(f); *see also Oncor Elec. Delivery Co. LLC v. Bettinger*, No. 02-18-00193-CV, 2018 WL 3468468, at *1 (Tex. App.—Fort Worth July 19, 2018, no pet.) (per curiam) (mem. op.) (dismissing appeal as moot after trial court vacated judgment).

/s/ Bonnie Sudderth

Bonnie Sudderth
Chief Justice

Delivered: March 6, 2025

2